**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Christine Camp
738 Jefferson Ave
Camden New Jersey 08104

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Camden County Jail

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.     List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | Christine Camp |
| | Street Address | 738 Jefferson Ave |
| | County, City | (Camden County) Camden |
| | State & Zip Code | New Jersey 08104 |
| | Telephone Number | 856-655-2515 |

B.   List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1

Name _Camden County Correctional facility_

Street Address _Federal St_

County, City _(Camden County) Camden_

State & Zip Code _N.J. 08102_

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C.  §   1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions    ☐ Diversity of Citizenship

☐ U.S. Government Plaintiff    ☐ U.S. Government Defendant

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_____

- 2 -

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____ N.J.

Defendant(s) state(s) of citizenship _____ N.J.

## III.    Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? Camden County Jail

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Was in there a number of times Not sure of Dates Last time in the was Jan 14, 2015 Aug 2015

C. Facts: **What happened to you?** In holding they had 4 females and I had to sit on floor it had trash everywhere couldn't lay down. When finally moved to 7day I was with (3) other inmates all detoxing and I slept on the floor next to toilet so when they threw up it splashed on me and C/O's did nothing.

**Who did what?** Other inmates detoxing, missed toilet pissed on my bed and the C/O's refuse me new linene even all I had was a sheet a small piece of blanket + a towel that was like a hand towel

**Was anyone else involved?** I feel as though it goes down the line from the warden and everyone one in between to the low ranking C/O

**Who else saw what happened?** Other Inmates unsure of names.

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I ucuse on my feet from the Sneakers they gave me cause I had boots on and the took them. Also lower back problems. and I had a hip replacement and they Still didn't make, Some one give me a bed. even in population. I did goto the med office.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I should be compensated cause I was treated like a animal cursed every day by the c/o's just because I made mistake I am a human beeng so it Should have been treated in the manne I was.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __11__ day of __October__ , 20 __16__.

Signature of Plaintiff __Christine M Camp__

Mailing Address __738 Jefferson Ave__
__Camden NJ. 08104__

Telephone Number __856-655-2515__

Fax Number *(if you have one)* _____

E-mail Address __Anapiliro 4@g.mail.com__

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff __Christ M Camp__

- 5 -